EXHIBIT "B"

# IN THE SUPERIOR COURT OF FULTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| CORDIAL ENDEAVOR CONCESSIONS OF ATLANTA, LLC AND SHELIA EDWARDS,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, MOHAMMED K. REED, XPRESSPA HOLDINGS, LLC, XPRESSPA ATLANTA TERMINAL A, LLC, AZURE SERVICES, LLC, MONTCLAIR DOUGLASS, LLC; MEME MARKETING & COMMUNICATIONS LLC, MELANIE HUTCHINSON, KENJA PARKS, AND BERNARD PARKS, JR.,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br><u>2018-CV-303129</u><br><br>(Removed to the United States District Court for the Northern District of Georgia, Atlanta Division) |

## **NOTICE OF FILING OF NOTICE OF REMOVAL**

TO:   Clerk of Court
        Superior Court of Fulton County, Georgia
        136 Pryor Street, S.W.
        Atlanta, Georgia 30303

        and

        All Counsel of Record

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1446, Defendants XpresSpa Holdings, LLC, XpresSpa Atlanta Terminal A, LLC, and Azure Services, LLC, together filed in the United States District Court for the Northern District of Georgia, Atlanta Division, a Notice of Removal of the above-captioned action.

A true and correct copy of said Notice of Removal is attached hereto as Exhibit "A" in accordance with 28 U.S.C. § 1446. By virtue of law, the above-styled action is now removed,

and the Superior Court of Fulton County, Georgia is divested of jurisdiction over all further proceedings.

Respectfully submitted this 4th day of May, 2018.

/s/ *Michael V. Coleman*
Michael V. Coleman
Georgia State Bar No. 177635
Leslie J. Suson
Georgia State Bar No. 142162
Alexandra C. Nelson
Georgia State Bar No. 241352
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Telephone: (404) 541-2900
Facsimile: (404) 541-2905
*michael.coleman@thompsonhine.com*
*leslie.suson@thompsonhine.com*
*alex.nelson@thompsonhine.com*

*Counsel for Defendants XpresSpa Holdings, LLC, XpresSpa Atlanta Terminal A, LLC, and Azure Services, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** was electronically filed with the Clerk of Court using the Odyssey/eFileGa system which will provide automatic notification and service of such filing to all attorneys of record, and further certifies that a true and correct copy of the same was deposited in the U.S. First Class Mail with adequate postage affixed thereon to ensure proper delivery and addressed to the following:

Kevin Arnold Ross
The Law Practice of Kevin A. Ross, LLC
2255 Cumberland Parkway
Building 700, Suite B
Atlanta, GA 30339

Carl A. Gebo
The Gebo Law Group
200 Walker Street, SW, Suite E
Atlanta, GA 30313

Thelma Wyatt Moore
Moore Law, LLC
3285 Main Street
Atlanta, GA 30337

This 4th day of May 2018.

*/s/ Michael V. Coleman*
Michael V. Coleman
Georgia State Bar No. 177635