EXHIBIT "C"

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CORDIAL ENDEAVOR CONCESSIONS OF ATLANTA, LLC AND SHELIA EDWARDS, </br></br> Plaintiffs, </br></br> v. </br></br> CITY OF ATLANTA, MOHAMMED K. REED, XPRESSPA HOLDINGS, LLC, XPRESSPA ATLANTA TERMINAL A, LLC, AZURE SERVICES, LLC, MONTCLAIR DOUGLASS, LLC, MEME MARKETING & COMMUNICATIONS, LLC, MELANIE HUTCHINSON, KENJA PARKS, AND BERNARD PARKS, JR., </br></br> Defendants. | Case No. _____ |

## CONSENT TO REMOVAL BY DEFENDANT CITY OF ATLANTA

Defendant City of Atlanta, with full reservation of any and all rights and defenses, hereby consents to and joins in the removal of this action, filed in the Superior Court of Fulton County, State of Georgia, and titled, *Cordial Endeavor Concessions of Atlanta LLC, et al. v. City of Atlanta, et al.,* Case No. 2018CV303129, to the United States District Court for the Northern District of

Georgia, Atlanta Division.  By consenting to the removal of this action to this Court, Defendant City of Atlanta does not waive any defenses, objections, or motions available under state or federal law.

Dated this 4th day of May, 2018.

Respectfully submitted,

*/s/ William K. Whitner*
William K. Whitner
Georgia Bar No. 756652
Eric D. Stolze
Georgia Bar No. 425966
**PAUL HASTINGS, LLP**
1170 Peachtree Street, N.E.,  Suite 100
Atlanta, GA 30309
Telephone:  (404) 815-2400
Facsimile:   (404) 815-2424
*kwhitner@paulhastings.com*
*ericstolze@paulhastings.com*

*Attorneys for Defendant City of Atlanta*

## CERTIFICATION OF FONT

The undersigned counsel hereby certifies that this pleading was prepared using one of the font and point selections approved by this Court in LR 5.1C, N.D. Ga. Specifically, Times New Roman font was used in 14 point.

This 4th day of May, 2018.


By: */s/ William K. Whitner*
William K. Whitner
Georgia Bar No. 756652

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CORDIAL ENDEAVOR CONCESSIONS OF ATLANTA, LLC AND SHELIA EDWARDS, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATLANTA, MOHAMMED K. REED, XPRESSPA HOLDINGS, LLC, XPRESSPA ATLANTA TERMINAL A, LLC, AZURE SERVICES, LLC, MONTCLAIR DOUGLASS, LLC, MEME MARKETING & COMMUNICATIONS, LLC, MELANIE HUTCHINSON, KENJA PARKS, AND BERNARD PARKS, JR., <br><br> Defendants. | Case No._____ |

## CONSENT TO REMOVAL BY DEFENDANT
## MEME MARKETING & COMMUNICATIONS, LLC

Defendant Meme Marketing & Communications, LLC, with full reservation of any and all rights and defenses, hereby consents to and joins in the removal of this action, filed in the Superior Court of Fulton County, State of Georgia, and titled, *Cordial Endeavor Concessions of Atlanta LLC, et al. v. City of Atlanta, et al.,* Case No. 2018CV303129, to the United States District Court for the Northern

District of Georgia, Atlanta Division. By consenting to the removal of this action to this Court, Meme Marketing & Communications, LLC does not waive any defenses, objections, or motions available under state or federal law.

Dated this 4th day of May 2018.

Respectfully submitted,

*/s/ Mark G. Trigg*
Mark G. Trigg
Georgia Bar No. 716295
**DENTONS US LLP**
303 Peachtree Street, N.E.
Suite 5300
Atlanta, Georgia  30308
Telephone:  404.527.4070
Facsimile:   404 527-4070
mark.trigg@dentons.com

*Attorneys for Meme Marketing & Communications, LLC*

## CERTIFICATION OF FONT

The undersigned counsel hereby certifies that this pleading was prepared using one of the font and point selections approved by this Court in LR 5.1C, N.D. Ga. Specifically, Times New Roman font was used in 14 point.

This 4th day of May, 2018.

                                                By: */s/ Mark G. Trigg*
                                                      Mark G. Trigg
                                                      Georgia Bar No. 716295

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CORDIAL ENDEAVOR CONCESSIONS OF ATLANTA, LLC AND SHELIA EDWARDS, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATLANTA, MOHAMMED K. REED, XPRESSPA HOLDINGS, LLC, XPRESSPA ATLANTA TERMINAL A, LLC, AZURE SERVICES, LLC, MONTCLAIR DOUGLASS, LLC, MEME MARKETING & COMMUNICATIONS, LLC, MELANIE HUTCHINSON, KENJA PARKS, AND BERNARD PARKS, JR., <br><br> Defendants. | Case No. _____ |

## CONSENT TO REMOVAL BY DEFENDANT BERNARD PARKS, JR.

Defendant Bernard Parks, Jr., with full reservation of any and all rights and defenses, hereby consents to and joins in the removal of this action, filed in the Superior Court of Fulton County, State of Georgia, and titled, *Cordial Endeavor Concessions of Atlanta LLC, et al. v. City of Atlanta, et al.,* Case No. 2018CV303129, to the United States District Court for the Northern District of

Georgia, Atlanta Division. By consenting to the removal of this action to this Court, Defendant Bernard Parks, Jr. does not waive any defenses, objections, or motions available under state or federal law.

Dated this 4th day of May, 2018.

Respectfully submitted,

*/s/ Larry M. Dingle*
Larry M. Dingle
Georgia Bar No. 001050
Kyler L. Wise
Georgia Bar No. 771285
**WILSON BROCK & IRBY, L.L.C.**
Overlook I, Suite 700
2849 Paces Ferry Road
Atlanta, Georgia 30339
Telephone: (404) 853 5050
Facsimile: (404) 853 1812
*ldingle@wbilegal.com*
*kwise@wbilegal.com*

*Attorneys for Defendant Bernard Parks, Jr.*

## CERTIFICATION OF FONT

The undersigned counsel hereby certifies that this pleading was prepared using one of the font and point selections approved by this Court in LR 5.1C, N.D. Ga. Specifically, Times New Roman font was used in 14 point.

This 4th day of May, 2018.

                                          By:   */s/ Larry M. Dingle*
                                                      Larry M. Dingle
                                                      Georgia Bar No. 001050

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CORDIAL ENDEAVOR CONCESSIONS OF ATLANTA, LLC AND SHELIA EDWARDS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, MOHAMMED K. REED, XPRESSPA HOLDINGS, LLC, XPRESSPA ATLANTA TERMINAL A, LLC, AZURE SERVICES, LLC, MONTCLAIR DOUGLASS, LLC, MEME MARKETING & COMMUNICATIONS, LLC, MELANIE HUTCHINSON, KENJA PARKS, AND BERNARD PARKS, JR.,<br><br>Defendants. | Case No. _____ |

## CONSENT TO REMOVAL BY DEFENDANT KENJA PARKS

Defendant Kenja Parks, with full reservation of any and all rights and defenses, hereby consents to and joins in the removal of this action, filed in the Superior Court of Fulton County, State of Georgia, and titled, *Cordial Endeavor Concessions of Atlanta LLC, et al. v. City of Atlanta, et al.,* Case No. 2018CV303129, to the United States District Court for the Northern District of

Georgia, Atlanta Division. By consenting to the removal of this action to this Court, Defendant Kenja Parks does not waive any defenses, objections, or motions available under state or federal law.

Dated this 4th day of May, 2018.

Respectfully submitted,

*/s/ Larry M. Dingle*
Larry M. Dingle
Georgia Bar No. 001050
Kyler L. Wise
Georgia Bar No. 771285
**WILSON BROCK & IRBY, L.L.C.**
Overlook I, Suite 700
2849 Paces Ferry Road
Atlanta, Georgia 30339
Telephone: (404) 853 5050
Facsimile: (404) 853 1812
*ldingle@wbilegal.com*
*kwise@wbilegal.com*

*Attorneys for Defendant Kenja Parks*

## CERTIFICATION OF FONT

The undersigned counsel hereby certifies that this pleading was prepared using one of the font and point selections approved by this Court in LR 5.1C, N.D. Ga. Specifically, Times New Roman font was used in 14 point.

This 4th day of May, 2018.

            By: */s/ Larry M. Dingle*
               Larry M. Dingle
               Georgia Bar No. 001050

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| CORDIAL ENDEAVOR CONCESSIONS OF ATLANTA, LLC AND SHELIA EDWARDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. _____ |
| CITY OF ATLANTA, MOHAMMED K. REED, XPRESSPA HOLDINGS, LLC, XPRESSPA ATLANTA TERMINAL A, LLC, AZURE SERVICES, LLC, MONTCLAIR DOUGLASS, LLC, MEME MARKETING & COMMUNICATIONS, LLC, MELANIE HUTCHINSON, KENJA PARKS, AND BERNARD PARKS, JR., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CONSENT TO REMOVAL BY DEFENDANT MOHAMMED K. REED

Defendant Mohammed K. Reed, with full reservation of any and all rights and defenses, hereby consents to and joins in the removal of this action, filed in the Superior Court of Fulton County, State of Georgia, and titled, *Cordial Endeavor Concessions of Atlanta LLC, et al. v. City of Atlanta, et al.,* Case No. 2018CV303129, to the United States District Court for the Northern District of

Georgia, Atlanta Division.  By consenting to the removal of this action to this Court, Defendant Mohammed K. Reed does not waive any defenses, objections, or motions available under state or federal law.

Dated this 4th day of May, 2018.

Respectfully submitted,

*/s/ William K. Whitner*
William K. Whitner
Georgia Bar No. 756652
Eric D. Stolze
Georgia Bar No. 425966
Paul Hastings, LLP
1170 Peachtree Street, N.E.,  Suite 100
Atlanta, Georgia 30309
Telephone:  (404) 815-2400
Facsimile:   (404) 815-2424
*kwhitner@paulhastings.com*
*ericstolze@paulhastings.com*

*Attorneys for Defendant Mohammed K. Reed*

## **CERTIFICATION OF FONT**

The undersigned counsel hereby certifies that this pleading was prepared using one of the font and point selections approved by this Court in LR 5.1C, N.D. Ga. Specifically, Times New Roman font was used in 14 point.

This 4th day of May, 2018.

                                      By:   */s/ William K. Whitner*
                                                William K. Whitner
                                                Georgia Bar No. 756652