# IN THE UNITED STATES DISTRICT COURT
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CORDIAL ENDEAVOR ) <br> CONCESSIONS OF ATLANTA, ) <br> LLC AND SHELIA EDWARDS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF ATLANTA, MOHAMMED ) <br> K. REED, XPRESSPA HOLDINGS, ) <br> LLC, XPRESSPA ATLANTA ) <br> TERMINAL A, LLC, AZURE ) <br> SERVICES, LLC, MONTCLAIR ) <br> DOUGLASS, LLC; MEME ) <br> MARKETING & ) <br> COMMUNICATIONS, LLC, ) <br> MELANIE HUTCHINSON, KENJA ) <br> PARKS, AND BERNARD PARKS, ) <br> JR., ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO: <br> <u>1:18-CV-01973-MHC</u> |

## MEMORANDUM IN SUPPORT OF JOINT MOTION
## FOR TEMPORARY STAY OF CASE

Defendants, City of Atlanta; Mohammed K. Reed; Xpresspa Holdings, LLC; Xpresspa Atlanta Terminal A, LLC; Azure Services, LLC; Meme Marketing & Communications, LLC; Kenja Parks; and Bernard Parks Jr. (collectively, "the Moving Defendants") jointly with Plaintiffs Cordial Endeavor Concessions of

Atlanta, LLC and Shelia Edwards (collectively, "Plaintiffs" and with the Moving Defendants, the "Moving Parties") respectfully file this Memorandum in Support of Joint Motion for Temporary Stay of Case, through and including August 17, 2018.

## FACTUAL BACKGROUND

Plaintiffs initiated this lawsuit on March 30, 2018, with the filing of Plaintiffs' Complaint in the Superior Court of Fulton County, Georgia.  (*See* [Doc. 1-1).  This case was timely removed to this Court pursuant to a Notice of Removal filed on May 10, 2018.  (*See* [Doc. 1]).  To date, no responsive pleadings have been filed by the Moving Parties, all of which are due on June 25, 2018.

## ARGUMENT AND CITATION OF AUTHORITY

The power of a trial court to stay an action is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."  *Landis v. North American Co.*, 299 U.S. 248 (1936).  A district court therefore has broad discretionary authority in determining whether a stay is appropriate.  *CTI-Container Leasing Corp. v. Uiterwyk Corp.*, 685 F.2d 1284, 1288 (11th Cir. 1982); *see also Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997)

("[D]istrict courts enjoy broad discretion in deciding how best to manage the case before them").

Here, good cause exists for the Moving Parties' request for a brief and temporary stay of this litigation so that meaningful settlement discussions may be pursued. Upon the filing of the Complaint, the Parties began engaging in settlement discussions, with a goal of global resolution of this case. To that end, counsel for the Parties have participated, and plan to continue participating in, settlement conferences (both telephonic and in person). The Parties believe that such settlement efforts would materially benefit from the requested temporary stay, by allowing the Parties to avoid litigation obligations during the stay period (including preparation of responsive pleadings and discovery). Such a stay will also promote the Parties' and this Court's interests of minimizing the expenditure of resources, and maximizing concentrated resolution efforts. This request is made solely for the purpose of supporting the Parties' settlement goal, and is not made for purposes of delay.

Accordingly, the Moving Parties respectfully request that the Court enter an order staying this case through and including August 17, 2018, including the stay of all pending Court and filing deadlines.

For these reasons, the Moving Parties respectfully request that the Court temporarily stay this case through and including August 17, 2018. A proposed Order for the Court's consideration is filed herewith.

Respectfully submitted this 4th day of June, 2018.

| | |
|---|---|
| */s/ Michael V. Coleman* | */s/ Kevin A. Ross* |
| Michael V. Coleman | Kevin A. Ross |
| Georgia Bar No. 177635 | Georgia Bar No. 675184 |
| Alexandra C. Nelson | Kevin A. Ross, Esq. |
| Georgia Bar No. 241352 | Paces 285, Bldg. 700 |
| Leslie J. Suson | 2255 Cumberland Pkwy., Suite B |
| Georgia Bar No. 142162 | Atlanta, Georgia 30339 |
| Thompson Hine LLP-GA | Telephone: 404-841-7807 |
| Two Alliance Center, Suite 1600 | kross@krosspa.com |
| 3560 Lenox Road | |
| Atlanta, Georgia 30326 | -and- |
| Telephone: 404-541-2900 | |
| Facsimile:  404-541-2905 | Carl Alexander Gebo |
| michael.coleman@thompsonhine.com | Georgia Bar No. 288711 |
| alexandra.nelson@thompsonhine.com | Gebo Law Group, LLC |
| Leslie.Suson@thompsonhine.com | The Johnson & Johnson Building |
| | 200 Walker St., SW, Suite E |
| *Counsel for Defendants Azure Services,* | Atlanta, Georgia 30313 |
| *LLC, Xpresspa Atlanta Terminal A,* | Telephone: 404-219-4516 |
| *LLC, and Xpresspa Holdings, LLC* | carl.gebo@gebolawgroup.com |
| | |
| */s/ Eric D. Stolze* | -and- |
| Eric David Stolze | |
| Georgia Bar No. 425966 | Thelma Wyatt Cummings Moore |
| William K. Whitner | Georgia Bar No. 779300 |
| Georgia Bar No. 756652 | Moore Law, LLC |
| Paul Hastings LLP-GA | 3285 Main Street |
| 1170 Peachtree Street, N.E., Suite 100 | Atlanta, Georgia 30337 |
| Atlanta, Georgia 30309 | Telephone: 404-699-6001 |
| Telephone: 404-815-2315 | Facsimile:  866-257-5052 |

-4-

Facsimile:  404-815-2424
ericstolze@paulhastings.com

*Counsel for Defendants City of Atlanta and Mohammed K. Reed*

*/s/ Mark Gerald Trigg*
Mark Gerald Trigg
Georgia Bar No. 716295
Dentons US LLP
303 Peachtree Street, N.E.
Suite 5300
Atlanta, Georgia 30308
Telephone: 404-527-4070
Facsimile:  404-527-4070
mark.trigg@dentons.com

*Counsel for Defendant MEME Marketing & Communications, LLC*

*/s/ Larry M. Dingle*
Larry M. Dingle
Georgia Bar No. 001050
Kyler Lee Wise
Georgia Bar No. 771285
Wilson Brock & Irby
2849 Paces Ferry Road
Overlook I, Suite 700
Atlanta, Georgia 30339
Telephone: 404-853-5050
ldingle@wbilegal.com

*Counsel for Defendants Bernard Parks, Jr. and Kenja Parks*

tmoore@moore-legal.com

*Counsel for Plaintiffs Cordial Endeavor Concessions of Atlanta, LLC and Shelia Edwards*

## LOCAL RULE 7.1(D) CERTIFICATION

Pursuant to Local Rule 7.1(D), the undersigned certifies that this Motion has been prepared with one of the font and point selections approved by the Court in LR 5.1B.

>*/s/ Michael V. Coleman*
>Michael V. Coleman
>Georgia Bar No. 177635

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing MEMORANDUM IN SUPPORT OF JOINT MOTION FOR TEMPORARY STAY OF CASE with the Clerk of Court using the CM/ECF system which will provide automatic notification of such filing to the following counsel of record:

| | |
|---|---|
| Carl Alexander Gebo<br>Gebo Law Group, LLC<br>The Johnson & Johnson Building<br>200 Walker St., SW, Suite E<br>Atlanta, GA 30313<br>carl.gebo@gebolawgroup.com | Mark Gerald Trigg<br>Dentons US LLP<br>303 Peachtree Street, N.E.<br>Suite 5300<br>Atlanta, GA 30308<br>mark.trigg@dentons.com |
| Larry M. Dingle<br>Kyler Lee Wise<br>Wilson Brock & Irby<br>2849 Paces Ferry Road<br>Overlook I, Suite 700<br>Atlanta, GA 30339<br>ldingle@wbilegal.com | Kevin A. Ross<br>Kevin A. Ross, Esq.<br>Paces 285, Bldg. 700<br>2255 Cumberland Pkwy., Suite B<br>Atlanta, GA 30339<br>kross@krosspa.com |
| Eric David Stolze<br>William K. Whitner<br>Paul Hastings LLP-GA<br>1170 Peachtree Street, N.E., Suite 100<br>Atlanta, GA 30309<br>ericstolze@paulhastings.com | Thelma Wyatt Cummings Moore<br>Moore Law, LLC<br>3285 Main Street<br>Atlanta, GA 30337<br>tmoore@moore-legal.com |

This 4th day of June, 2018.

/s/ Michael V. Coleman
Michael V. Coleman
Georgia Bar No. 177635