## IN THE UNITED STATES DISTRICT COURT
## THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CORDIAL ENDEAVOR CONCESSIONS OF ATLANTA, LLC AND SHELIA EDWARDS, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION FILE NO: 1:18-CV-01973-MHC |
| CITY OF ATLANTA, MOHAMMED K. REED, XPRESSPA HOLDINGS, LLC, XPRESSPA ATLANTA TERMINAL A, LLC, AZURE SERVICES, LLC, MONTCLAIR DOUGLASS, LLC; MEME MARKETING & COMMUNICATIONS, LLC, MELANIE HUTCHINSON, KENJA PARKS, AND BERNARD PARKS, JR., ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR TEMPORARY STAY OF CASE

This matter is before the Court on the Joint Motion For Temporary Stay of Case submitted by Defendants, City of Atlanta; Mohammed K. Reed; Xpresspa Holdings, LLC; Xpresspa Atlanta Terminal A, LLC; Azure Services, LLC; Meme Marketing & Communications, LLC; Kenja Parks; and Bernard Parks Jr.

(collectively, the "Moving Defendants") and Plaintiffs Cordial Endeavor Concessions of Atlanta, LLC and Shelia Edwards (collectively, "Plaintiffs" and with the Moving Defendants, the "Moving Parties"). The Moving Parties have moved to stay this case temporarily to facilitate settlement discussions and move towards a potential global resolution of Plaintiffs' claims.

For good cause shown, it is hereby ORDERED AND ADJUDGED that:

1. The Joint Motion For Temporary Stay Case is hereby GRANTED;

2. This matter, including all proceedings and deadlines in this action, shall be stayed, through and including August 17, 2018; and

3. In the event settlement is not reached prior to August 17, 2018, the Moving Defendants' responsive pleadings to Plaintiffs' Complaint shall be due on August 17, 2018.

SO ORDERED this ____ day of _____, 2018.

_____
**HONRABLE MARK H. COHEN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA**