# IN THE UNITED STATES DISTRICT COURT
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CORDIAL ENDEAVOR CONCESSIONS OF ATLANTA, LLC AND SHELIA EDWARDS,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>CITY OF ATLANTA, MOHAMMED K. REED, XPRESSPA HOLDINGS, LLC, XPRESSPA ATLANTA TERMINAL A, LLC, AZURE SERVICES, LLC, MONTCLAIR DOUGLASS, LLC; MEME MARKETING & COMMUNICATIONS, LLC, MELANIE HUTCHINSON, KENJA PARKS, AND BERNARD PARKS, JR.,  )<br><br>Defendants.  ) | CIVIL ACTION FILE NO:<br>1:18-CV-01973-MHC |

## [PROPOSED] ORDER GRANTING EXPEDITED CONSIDERATION OF JOINT MOTION FOR EXTENSION OF TIME

This matter is before the Court on Joint Motion ("Motion"), submitted by Defendants XpresSpa Holdings, LLC, XpresSpa Atlanta Terminal A, LLC, Azure Services, LLC, Meme Marketing & Communications, LLC, Melanie Hutchinson, Kenja Parks, and Bernard Parks Jr. (collectively, the "Moving Defendants"), for

Expedited Consideration of the Moving Defendants' Joint Motion for Extension of Time to Plead, Answer, or Otherwise Respond to Plaintiffs' Complaint (*see* [Doc. 9] ("Joint Motion for Extension of Time")).

After due consideration, the Moving Defendants have shown that good cause exists to expedite consideration of their Joint Motion for Extension of Time [Doc. 9]. It is hereby ORDERED AND ADJUDGED that:

This Motion for Expedited Consideration of Moving Defendants' Joint Motion for Extension of Time [Doc. 9] is hereby GRANTED.

SO ORDERED this ____ day of_____, 2018.

_____
**HONORABLE MARK H. COHEN**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**