# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CORDIAL ENDEAVOR CONCESSIONS OF ATLANTA, LLC and SHEILA EDWARDS, <br><br> Plaintiffs, <br> v. <br><br> CITY OF ATLANTA, MOHAMMED K. REED, XPRESSPA HOLDINGS, LLC, XPRESSPA ATLANTA TERMINAL A, LLC; AZURE SERVICES, LLC; MONTCLAIR DOUGLASS, LLC; MEME MARKETING & COMMUNICATIONS, LLC; MELANIE HUTCHINSON, KENJA PARKS, and BERNARD PARKS, JR., <br><br> Defendants. | CIVIL ACTION FILE NO.: <br> 1:18-cv-01973-MHC <br><br> (Removed from Superior Court of Fulton County Georgia) |

## [PROPOSED] ORDER GRANTING DEFENDANTS XPRESSPA ATLANTA TERMINAL A, LLC'S AND XPRESSPA HOLDINGS, LLC'S MOTION TO STAY

This matter is currently before the Court on Defendants XpresSpa Atlanta Terminal A, LLC's, and XpresSpa Holdings, LLC's Motion to Stay ("Motion").

After due consideration, and in the interest of judicial economy and the avoidance of piecemeal litigation, this Court finds that abstention is appropriate under the *Colorado River* doctrine, and pursuant to this Court's authority and discretion to control its docket. It is hereby ORDERED AND ADJUDGED that:

1. The Motion is hereby GRANTED.

2. The Court STAYS this action pending the final resolution of: (1) the parallel proceedings filed in the Supreme Court of the State of New York, County of New York, captioned *XpresSpa Holdings, LLC, XpresSpa Atlanta Terminal A, LLC v. Cordial Endeavor Concessions of Atlanta, LLC (f/k/a Montclair Douglas, LLC), Shelia Edwards, and Steven White*, Index No. 650040/2017, and (2) a Federal Aviation Administration proceeding, captioned *Cordial Endeavor Concessions of Atlanta, LLC v. City of Atlanta,* Georgia, Dkt. No. 16-17-01.

SO ORDERED THIS _____ DAY OF _____, 2018.

_____
**JUDGE MARK H. COHEN**
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA